# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-12-00368-CR

**Darran Revada, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 147TH JUDICIAL DISTRICT
### NO. D-1-DC-11-200119, THE HONORABLE CLIFFORD BROWN, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Darran Revada seeks to appeal from a judgment of conviction for possession of a controlled substance, cocaine, in an amount of one gram or more but less than four grams. *See* Health & Safety Code Ann. § 481.115 (West 2010). The trial court has certified that: (1) this is a plea bargain case and Revada has no right of appeal, and (2) Revada waived the right of appeal. Accordingly, the appeal is dismissed. *See* Tex. R. App. P. 25.2(a)(2), (d).

_____

Melissa Goodwin, Justice

Before Chief Justice Jones, Justices Rose and Goodwin

Dismissed for Want of Jurisdiction

Filed: July 25, 2012

Do Not Publish